IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| REBECCA FIELD EMERSON, v. STERN & EISENBERG, P.C. | CIVIL ACTION NO. 21-3096 |
|---|---|

**ORDER**

**AND NOW**, this 17th day of October, 2022, it is hereby **ORDERED** that:

1. The Defendant's Motion to Dismiss as to Counts III and IV, Plaintiff's claims of age discrimination, is **DENIED**;

2. The Defendant's Motion to Dismiss as to Counts V and VI, Plaintiff's claims of disability discrimination, is **DENIED**;

3. The Defendant's Motion to Dismiss as to Counts I and II, Plaintiff's claims of sexual orientation discrimination, is **GRANTED** without prejudice and with leave to amend within fourteen (14) days; and

4. The Defendant's Motion to Dismiss as to Counts VII and VIII, Plaintiff's claims of gender discrimination, is **GRANTED** without prejudice and with leave to amend within fourteen (14) days.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 21\21-3096 Emerson v. Stern & Eisenberg P.C\Emerson Order - Motion to Dismiss 21-3096.docx