## KOLLER LAW LLC

**DAVID M. KOLLER**                                                                                           **JORDAN D. SANTO**

*LICENSED IN PENNSYLVANIA AND NEW JERSEY*

December 12, 2022

**Via ECF**
The Honorable Michael M. Baylson
U.S. District Court for the Eastern District of PA
601 Market Street
Philadelphia, PA 19106

   **Re:** **Rebecca F. Emerson v. Stern & Eisenberg, P.C.**
      **Civil Action No.: 2:21-cv-03096**

Dear Your Honor:

  I write in response to Defendant's Partial Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 25). Kindly accept this letter as Plaintiff's response.

  Plaintiff does not oppose Defendant's Partial Motion to Dismiss Counts VII and VIII (Sex-Based/Gender Discrimination in violation of Title VII and PHRA).

                Respectfully Submitted,
                **KOLLER LAW, LLC**

                */s/ David M. Koller*
                David M. Koller, Esq.

Cc: Jennifer Abrams, Esquire
   Brian W. Waerig, Esquire

**2043 Locust Street, Suite 1B, Philadelphia, PA 19103**
**Telephone: 215-545-8917  Facsimile: 215-575-0826**
davidk@kollerlawfirm.com  jordans@kollerlawfirm.com
