IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REBECCA FIELD EMERSON,** <br><br> **v.** <br><br> **STERN & EISENBERG, P.C.** | **CIVIL ACTION** <br><br> **NO. 21-3096** |

## ORDER

**AND NOW**, this 1st day of February, 2023, it is hereby **ORDERED** that the Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint as to Counts VII and VIII, Plaintiff's claims of gender discrimination, is **GRANTED**, as unopposed. Counts VII and VIII of the Second Amended Complaint are **DISMISSED** with prejudice.

**BY THE COURT:**

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, U.S.D.J.**